UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TULEU CONSULTING COMPANY | * | CIVIL ACTION NO. 2:15-CV-06186 |
| VERSUS | * | JUDGE: Martin LC Feldman |
| TRANSATLANTIC TRADING, INC. And ADOUM OUSMANE | * | MAGISTRATE: Knowles |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss, without Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED**, that all claims of Third Party Plaintiffs, Transatlantic Trading, Inc. and Adoum Ousmane against Jean-Marc Tuleu, individually, in the above captioned matter are dismissed without prejudice, each party to bear its own costs.

**IT IS FURTHER ORDERED, ADJUGED AND** DECREED, that Third Party Plaintiffs expressly reserve their rights against all parties, persons and/or entities not named herein and reserve their rights to amend or reassert their claims in accord with any scheduling order or order entered by this Court.

New Orleans, Louisiana, this  15th  day of        August        , 2016.

_____
JUDGE

{N1208371 -}